ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 3 - 2015

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ERICA AYALA (01)<br>JESSICA ANN ROSEMERGY (02) | 4-15CR-022 A |

### INDICTMENT

The Grand Jury Charges:

#### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning sometime in 2014, and continuing until on or about January 8, 2015, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Erica Ayala** and **Jessica Ann Rosemergy**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

4-15-CR-022-A

ERICA AYALA (01)
JESSICA ANN ROSEMERGY (02)

INDICTMENT

21 U.S.C. § 846
(21 U.S.C. § 841(a)(1) and (b)(1)(B))

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(COUNT 1)

A true bill rendered:

DALLAS                                                          FOREPERSON

Filed in open court this 03rd day of February, A.D. 2015.

Both defendant's in custody.

UNITED STATES MAGISTRATE JUDGE
(Magistrate Number: 4:15-MJ-005)