# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | COURT REPORTER: Debbie Saenz |
| DEPUTY CLERK: F. Arnold | USPO: |
| LAW CLERK: | INTERPRETER: |

CR. No. 4:15-CR-022-A  DEFT NO.01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SHAWN SMITH, AUSA |
| v. | § § § | |
| ERICA AYALA | § | DANNY BURNS, APPOINTED |
| Defendant's Name | | Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held: July 24, 2015
Hearing Type:   ✔ Sentencing Hearing - Contested   ☐ Sentencing Hearing - Non-Evidentiary
Time in Court: 27 mins.
Trial Status:    ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ✔ Settled/Guilty Plea  ☐ None
Days in Trial: _____
Hearing Concluded: ✔ Yes ☐ No

✔ .. Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.

**SENTENCING TEXT:**
☐ .. Deft. placed on: Probation for _____ months.
✔ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of _160_ months.
✔ .. Deft. placed on: Supervised Released for _4_ years.
☐ .. Restitution ordered in the amount of $_____ and/or ☐ Fine imposed in the amount of $_____.
☐ .. Count(s) _____ dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
✔ .. $100.00 special assessment on Count(s) 1
 of ☐ Complaint ✔ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ ...... Deft ordered to surrender to U.S. Marshal on _____
☐ ...... Deft ordered to surrender to the designated institution on
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked.
✔ ...... Deft Advised of his right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft ORDERED into custody. ☐ Court recommends incarceration at _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 4 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

✔ OTHER PROCEEDINGS/INFORMATION: Doc. No. 42 - Granted. Govt Witness C. Crum, sworn & testified.